SEAN P. NALTY (SBN 121253)
Email: sean.nalty@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

JS-6

Attorneys for Plaintiff and Counterdefendant,
**THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIELIAN AND ASSOCIATES INSURANCE SERVICES INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No.: CV12-0632-JFW (MANx)<br><br>**JUDGMENT IN FAVOR OF GUARDIAN LIFE INSURANCE COMPANY OF AMERICA** |

      Based on the Findings of Fact and Conclusions of Law issued by the Court on December 19, 2012, a copy of which is attached hereto as Exhibit A and incorporated herein, Judgment is hereby entered on The Guardian Life Insurance Company of America's ("Guardian") complaint for declaratory relief in favor of Guardian. The Court hereby confirms that the Group Policy issued by Guardian to Gabrielian & Associates on February 1, 2011, with an Employer Rider group plan number G-00761339-GN ("the Group Policy"), is rescinded and was properly rescinded by Guardian. The coverage under the Group Policy is null and void and there is no coverage under the Group Policy.

      In addition, based on the Findings of Fact and Conclusions of Law issued by the Court on December 19, 2012, Leo Gabrielian and Gabrielian and Associates Insurance Services, Inc. (collectively "Gabrielian") take nothing on their counterclaim for benefits under the Group Policy, attorney's fees, and costs. The Group Policy was properly rescinded and is void. No coverage exists under the Group Policy and therefore no benefits are payable to Gabrielian.

      Accordingly, Judgment is hereby entered in favor of Guardian and against Gabrielian & Associates, Gabrielian and Associates Insurance Services Inc., and Leo Gabrielian. Guardian is entitled to costs of suit.

**IT IS SO ORDERED**

Dated:  <u>January 8, 2013</u>

                                        Honorable John F. Walter
                                        United States District Judge